# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00597-CV

**Pflugerville Fox Run Limited Partnership, Pflugerville Metairie Limited Partnership and Pflugerville Covington Limited Partnership, Appellants // Staz-On Roofing, Inc., Cross-Appellants**

**v.**

**Midway Fabrication & Supply, Inc.; J. Mitchell Builders, Inc.; Staz-On Roofing, Inc.; Atrium Aluminum Products; Gypsum Floors of Texas; Candido Escobar and Dena Escobar, individually and d/b/a Double J Roofing and d/b/a Escobar Roofing, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT NO. D-1-GN-07-001909, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellee Atrium Aluminum Products filed a notice of bankruptcy with this Court. Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362(a) (West 2004); Tex. R. App. P. 8.2.[1] Any party may file a motion to reinstate upon the occurrence of an event that allows the case to proceed. *See* Tex. R. App. P. 8.3(a). Any party may file a motion to sever the appeal with respect to the bankrupt party and to reinstate the appeal with respect to the other parties. *See* Tex. R. App. P. 8.3(b). Failure to notify this Court of a lift of the automatic stay or termination of the bankruptcy case may result in the dismissal of the cause for want of prosecution. *See* Tex. R. App. P. 42.3(b).

---

[1] Consequently, we dismiss as moot the appellants' pending motion for extension of time to file a brief, as all briefing deadlines are stayed.

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Abated

Filed:   March 11, 2010